FILED

2018 SEP -5  AM 11: 58

CLERK U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF.
LOS ANGELES

BY _____

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NUMBER |
|---|---|
| PLAINTIFF | CR No. 18 CR 00569 RGK |
| v. | |
| THOMAS M. SHEPOS, | **NOTICE TO COURT OF RELATED CRIMINAL CASE** |
| DEFENDANT(S) | (PURSUANT TO GENERAL ORDER 14-03) |

Plaintiff United States of America hereby informs the Court that the above-entitled criminal case may be related to <u>United States v. Arman Gabaee</u>, Case No. CR 18-331-GW, which:

    __X__    was previously assigned to the Honorable George Wu;

    _____    has not been previously assigned.

The above-entitled cases may be related for the following reasons:

    __X__    the cases arise out of the same conspiracy, common scheme, transaction, series of transactions or events;

    _____    the cases involve one or more defendants in common and would entail substantial duplication of labor in pretrial, trial or sentencing proceedings if heard by different judges.

Additional explanation (if any):

Dated: September 5, 2018

Ruth C. Pinkel
Assistant United States Attorney