JOEL C. KOURY (No. 143856)
(E-mail: jckoury@aol.com)
3435 Ocean Park Blvd, Suite 107-50
Santa Monica, California  90405
Telephone: (424) 248-8670
Fax: (866) 829-9412

Attorneys for Defendant
THOMAS SHEPOS

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,  Plaintiff,  vs.  THOMAS SHEPOS,  Defendant. | NO. CR 18-569-GW-1  **ORDER TO MODIFY BOND TO ALLOW TRAVEL TO MEXICO ON MAY 20, 2021 AND RETURNING ON MAY 27, 2021.** |

GOOD CAUSE HAVING BEEN SHOWN, IT IS HEREBY ORDERED as follows:

1) The ex parte application is granted,

2) The court authorized Mr. Shepos to travel out of the Central District of California to Mexico on May 20, 2021 and must return on May 27, 2021.

3) Mr. Shepos is ordered to meet with the supervising FBI agents immediately before and after the trip and surrender his passport to them within twenty-four hours of his return.

4) All other conditions of release are to remain in effect.

DATED: March 30, 2021          By _____
                                **HON. GEORGE H. WU**
                                United States District Judge

1