JOEL C. KOURY (No. 143856)
(E-mail: jckoury@aol.com)
3435 Ocean Park Blvd, Suite 107-50
Santa Monica, California  90405
Telephone: (424) 248-8670
Fax: (866) 829-9412

Attorneys for Defendant
THOMAS SHEPOS

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> vs. <br><br> THOMAS SHEPOS, <br><br> Defendant. | NO. CR 18-569-GW-1 <br><br> **ORDER TO MODIFY BOND TO ALLOW TRAVEL TO MEXICO ON JUNE 15, 2021 AND RETURNING ON JUNE 25, 2021.** |

GOOD CAUSE HAVING BEEN SHOWN, IT IS HEREBY ORDERED as follows:

1) The ex parte application is granted,

2) The court previously authorized Mr. Shepos to travel out of the Central District of California to Mexico on May 20, 2021 and returning on May 27, 2021. That prior order is hereby rescinded and revised as specified below.

3) The Court rescinds the order allowing traveling of the Central District of California to Mexico on May 20, 2021 and through May 27, 2021. Travel is instead authorized out of the Central District of California to Mexico on June 15, 2021 and returning on June 25, 2021.

4) Mr. Shepos is ordered to meet with the supervising FBI agents immediately before and after the trip and surrender his passport to them within twenty-four hours of his return.

5) All other conditions of release are to remain in effect.

DATED: May 17, 2021            By  _____
                                                        **HON. GEORGE H. WU**
                                                        United States District Judge

Presented by:

   /s/
_____
JOEL C. KOURY