Name and address:
Thomas P. O'Brien (SBN: 166369)
BROWNE GEORGE ROSS O'BRIEN ANNAGUEY & ELLIS LLP
801 S. Figueroa St., Suite 2000
Los Angeles, CA 90017

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NUMBER: |
|---|---|
| v.                            PLAINTIFF(S) | 2:18-cr-569-GW-1 |
| THOMAS SHEPOS, | REQUEST FOR APPROVAL OF SUBSTITUTION OR WITHDRAWAL OF COUNSEL |
|                         DEFENDANT(S) | |

## INSTRUCTIONS

Generally, an attorney may withdraw from representing a party in a case without the Court's permission **if** another member of the attorney's firm or agency will continue to represent that party **and** the withdrawing attorney is not the only member in good standing of the Bar of this Court representing that party. In that circumstance, the withdrawing attorney should complete and file a "Notice of Appearance or Withdrawal of Counsel" (Form G-123), instead of this "Request for Approval of Substitution or Withdrawal of Counsel" (Form G-01).

Notably, however, Court permission for withdrawal or substitution **is** required if no member of the withdrawing attorney's firm or agency will remain as counsel of record. In such circumstances, the attorney(s) seeking to withdraw should complete and file this "Request for Approval of Substitution or Withdrawal of Counsel" (Form G-01), and submit a proposed "Order on Request for Approval of Substitution or Withdrawal of Counsel" (Form G-01 Order).

If the circumstances surrounding an attorney's withdrawal or request to substitute other counsel are not covered by this Form G-01, the attorney may instead file a regularly noticed motion supported by a more detailed memorandum of points and authorities.

## SECTION I - WITHDRAWING ATTORNEY

*Please complete the following information for the attorney seeking to withdraw (provide the information as it <u>currently</u> appears on the docket; if the attorney appeared pro hac vice, enter "PHV" in the field for "CA Bar Number"):*

Name: Thomas P. O'Brien                                                                    CA Bar Number: 166369

Firm or agency: BROWNE GEORGE ROSS O'BRIEN ANNAGUEY & ELLIS LLP

Address: 801 S. Figueroa St., Suite 2000

Telephone Number: (213) 725-9800                    Fax Number: (213) 725-9808

E-mail: tobrien@bgrfirm.com

Counsel of record for the following party or parties: Nonparty Intervenor Arman Gabaee aka "Arman Gabay"

Other members of the same firm or agency also seeking to withdraw: Ivy A. Wang (CA SBN: 224899)
David J. Carroll (CA SBN: 291665), and Nathan F. Brown (CA SBN: 317300)

## SECTION II - NEW REPRESENTATION

☐ No new counsel is necessary. The party or parties represented by the attorney(s) seeking to withdraw will continue to be represented by another attorney/firm who has already entered an appearance as counsel of record for that party or parties in this case, and who is a member in good standing of the Bar of this Court.

☐ The party or parties represented by the attorney(s) seeking to withdraw have not retained new counsel and wish to proceed *pro se*, as self-represented litigants.

☒ The party or parties represented by the attorney(s) seeking to withdraw have retained the following new counsel, who is a member in good standing of the Bar of this Court:

Name: Teny R. Geragos            CA Bar Number: 316142

Firm or agency: Brafman & Associates, P.C.

Address: 256 Fifth Avenue, 2nd Floor, New York, NY 10001

Telephone Number: (212) 750-7800      Fax Number: (212) 750-3906

E-mail: tgeragos@braflaw.com

## SECTION III - SIGNATURES

### Withdrawing Attorney

I am currently counsel of record in this case, and am identified above in Section I as the "Withdrawing Attorney." I have given notice as required by Local Rule 83-2.3. I hereby request that I and any other attorney(s) listed in Section I be allowed to withdraw from this case.

Date: May 20, 2021           Signature: [signature]

Name: Thomas P. O'Brien

### New Attorney (if applicable)

I have been retained to appear as counsel of record in this case, and my name and contact information are given above in Section II. I am a member in good standing of the Bar of this Court.

Date: May 24, 2021           Signature: [signature]

Name: Teny Rose Geragos

### Party Represented by Withdrawing Attorney

I am currently represented by, or am an authorized representative of a party currently represented by, the Withdrawing Attorney listed above. I consent to the withdrawal of my current counsel, and to (*check if applicable*):

☒ substitution of counsel as specified above.
☐ representing myself *pro se* in this case.

Date: May 24, 2021           Signature: [signature]

Name: Arman Gabay

Title: Nonparty Intervenor

G-01 (06/13)    REQUEST FOR APPROVAL OF SUBSTITUTION OR WITHDRAWAL OF COUNSEL    Page 2 of 2