**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| UNITED STATES OF AMERICA, | CASE NUMBER |
|---|---|
| Plaintiff(s) | 2:18-cr-569-GW-1 |
| v. | |
| THOMAS SHEPOS, | **(PROPOSED) ORDER ON REQUEST FOR APPROVAL OF SUBSTITUTION OR WITHDRAWAL OF ATTORNEY** |
| Defendant(s) | |

The Court hereby orders that the request of:

ARMAN GABAEE aka "Arman Gabay,"   ☐ Plaintiff   ☐ Defendant   ☒ Other   Nonparty Intervenor
*Name of Party*

to substitute  Teny R. Geragos, Brafman & Associates, P.C.   who is

☒ Retained Counsel   ☐ Counsel appointed by the Court (Criminal cases only)   ☐ Pro Se

256 Fifth Avenue, 2nd Floor
*Street Address*

New York, NY 10001                                          tgeragos@braflaw.com
*City, State, Zip*                                            *E-Mail Address*

212-750-7800              212-750-3906              316142
*Telephone Number*         *Fax Number*              *State Bar Number*

as attorney of record instead of  Thomas P. O'Brien, Ivy A. Wang, David J. Carroll, and Nathan F. Brown
*List **all** attorneys from same firm or agency who are withdrawing.*

**is hereby**   ☐ GRANTED   ☐ DENIED

The clerk is hereby ordered to terminate Notices of Electronic Filing for the withdrawing attorney(s) in this case.

Dated _____                              _____
                                                   U. S. District Judge/U.S. Magistrate Judge