**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| UNITED STATES OF AMERICA,<br><br>        Plaintiff(s)<br>  v.<br><br>THOMAS SHEPOS,<br><br>        Defendant(s) | CASE NUMBER<br><br>2:18-cr-569-GW-1<br><br>~~(PROPOSED)~~ ORDER ON REQUEST FOR APPROVAL OF SUBSTITUTION OR WITHDRAWAL OF ATTORNEY |
|---|---|

The Court hereby orders that the request of:

ARMAN GABAEE aka "Arman Gabay,"  ☐ Plaintiff  ☐ Defendant  ☒ Other  Nonparty Intervenor
*Name of Party*

to substitute Teny R. Geragos, Brafman & Associates, P.C.                                who is

☒ Retained Counsel    ☐ Counsel appointed by the Court (Criminal cases only)    ☐ Pro Se

256 Fifth Avenue, 2nd Floor
*Street Address*

New York, NY 10001                                              tgeragos@braflaw.com
*City State Zip*                                                                *E-Mail Address*

212-750-7800                         212-750-3906                         316142
*Telephone Number*                   *Fax Number*                         *State Bar Number*

as attorney of record instead of Thomas P. O Brien, Ivy A. Wang, David J. Carroll, and Nathan F. Brown
*List **all** attorneys from same firm or agency who are withdrawing.*

**is hereby**    ☒ GRANTED    ☐ DENIED

The clerk is hereby ordered to terminate Notices of Electronic Filing for the withdrawing attorney(s) in this case.

Dated  May 25, 2021

*George H. W[signature]*
U. S. District Judge/~~U.S. Magistrate Judge~~