TRACY L. WILKISON
Acting United States Attorney
SCOTT M. GARRINGER
Assistant United States Attorney
Chief, Criminal Division
RUTH C. PINKEL (Cal. Bar No. 164470)
LINDSEY GREER DOTSON (Cal. Bar No. 266973)
Assistant United States Attorneys
Public Corruption and Civil Rights Section
     1500 United States Courthouse
     312 North Spring Street
     Los Angeles, California 90012
     Telephone: (213) 894-6077/4443
     Facsimile: (213) 894-2927
     E-mail:    ruth.pinkel@usdoj.gov
                lindsey.dotson@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | No. CR 18-00569-GW |
|---|---|
| Plaintiff, | ORDER CONTINUING THE SENTENCING DATE FOR DEFENDANT THOMAS J. SHEPOS FROM SEPTEMBER 27, 2021 TO JUNE 27, 2022 |
| v. | |
| THOMAS J. SHEPOS, | |
| Defendant. | |

FOR GOOD CAUSE SHOWN, the Court hereby continues sentencing for defendant THOMAS J. SHEPOS from September 27, 2021 to June 27, 2022 at 8:00 a.m.  Sentencing position papers shall be filed no later than June 6, 2022 and responsive papers no later than June 13, 2022.

IT IS SO ORDERED.


  August 30, 2021
DATE

HONORABLE GEORGE H. WU
UNITED STATES DISTRICT JUDGE

Presented by:

___/s/ *Ruth C. Pinkel*_____
RUTH C. PINKEL
Assistant United States Attorney